E-FILED

FEB 1 9 2020

Document#

already closed

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LON DAUGHERTY, | |
| Plaintiff, | Case No. CV 18-4738 PSG (Ex) |
| v. | [proposed] |
| UNITED STATES OF AMERICA, | |
| Defendant. | JUDGMENT |

The parties having settled this action (Dkt # 44-2), and the Court having determined the settlement was in good faith (Dkt # 56), IT IS HEREBY ORDERED AND ADJUDGED THAT THIS ACTION IS DISMISSED IN ITS ENTIRETY AND WITH PREJUDICE. Each party shall bear his or its own costs, fees and expenses.

Dated: 2/15/2020

_____
UNITED STATES DISTRICT JUDGE